IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GREEN SOURCE HOLDINGS, LLC                                    PLAINTIFF

v.                          Case No. 1:18-cv-1067

INGEVITY CORPORATION, *et al.*                                DEFENDANTS

## **ORDER**

Before the Court is Defendants' Motion to Dismiss. (ECF No. 21). Plaintiff filed a response. (ECF No. 30). The Court finds the matter ripe for consideration.

On December 28, 2018, Defendants moved for dismissal pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6), arguing that venue is improper in this district and that Plaintiff failed to state a claim upon which relief may be granted. On January 11, 2019, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), which, *inter alia*, allows a party to amend a pleading as a matter of course within twenty-one days after service of a Rule 12(b) motion. (ECF No. 29).

Plaintiff's original complaint (ECF No. 1) is now inoperative and superseded by the amended complaint. Accordingly, the Court finds that Defendants' motion to dismiss (ECF No. 21), which is directed to the original complaint, should be and hereby is **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 15th day of January, 2019.

                                                           /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge